## National Trust & Credit Company, Appellant, v. Charles W. Elmes, Appellee.

### Gen. No. 22,873.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN STELK, Judge, presiding. Heard in this court at the March term, 1917. Reversed and judgment here. Opinion filed July 2, 1917. Rehearing denied July 16, 1917.

### Statement of the Case.

Action of garnishment by National Trust & Credit Company, plaintiff, against Charles W. Elmes, defendant. From an order entering a finding for the garnishee and discharging him from liability, the National Trust & Credit Company appeals.

JOHN W. CREEKMUR and D. J. DE WOLFE, for appellant.

EDWARD L. ENGLAND, for appellee.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

GARNISHMENT, § 24*—*when goods sold in violation of Bulk Sales Act may be reached by.* A stock of merchandise obtained by a vendee by a sale contrary to the Bulk Sales Act, and consequently void as to creditors of the vendor, may be reached by creditors in garnishment proceedings when the vendee still retains possession of the property.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.